# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. BRANDON,<br><br>　　　　Defendant. | Case No. 1:14-cv-00290-SAB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO ORDER A SETTLEMENT CONFERENCE<br><br>(ECF No. 20) |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently a findings and recommendations recommending denying Plaintiff's motion for summary judgment is pending before the district court. (ECF No. 19.) On January 20, 2015, Plaintiff filed a motion for the court to order a settlement conference or, in the alternative, to set a trial in this action. (ECF No. 20.)

The Court will set a settlement conference in cases such as this only if both sides believe one will be beneficial. In as much as Defendants have not joined in Plaintiff's motion, it shall be denied without prejudice. If all parties agree that a settlement conference would be beneficial in this action, the parties may file a joint request for a settlement conference to be set.

As to Plaintiff's alternate request that this action be set for trial, a discovery and scheduling order issued on September 5, 2014, setting dates in this action and the dispositive motion deadline is set for July 16, 2015. The parties are still conducting discovery and trial in

this action will not be set until the discovery deadline is passed and any dispositive motions are decided.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed January 20, 2015, is DENIED.

IT IS SO ORDERED.

Dated:   **January 22, 2015**

UNITED STATES MAGISTRATE JUDGE