UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>             Plaintiff,<br><br>      v.<br><br>K. BRANDON,<br><br>             Defendant. | Case No.: 1:14-cv-00290-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 25, 31] |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 14, 2015, the Magistrate Judge filed a Findings and Recommendation which was served on the parties and which contained notice to the parties that objections to the Findings and Recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on December 14, 2015, is adopted in full; and
2. Defendant's motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated:   February 10, 2016

_____
SENIOR DISTRICT JUDGE