1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DURRELL A. PUCKETT, | Case No.: 1:14-cv-00290-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| K. BRANDON, | ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORMS |
| Defendant. | |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 11, 2016, Defendant's motion for summary judgment was denied, and this action is proceeding on Plaintiff's claim of retaliation against Defendant Brandon. To date, neither party has consented or declined to magistrate judge jurisdiction.

Now that the case is ready to be set for trial, the parties are advised of the following important information about scheduling and trailing cases before the undersigned:[1]

District Court Judges of the Fresno Division of the Eastern District of California have one of the heaviest caseloads in the nation. As a result, each District Judge schedules multiple trials to begin on each available trial date. Civil cases will trail and begin as soon as a courtroom is cleared. The law requires that the Court give any criminal trial priority over civil trials or any other matter. A civil trial set to begin while a criminal trial is proceeding will trail the completion of the criminal trial.

The Court cannot give advance notice of which cases will trail or for how long because the Court does not know which cases actually will go to trial or precisely how long each will last. Once your trial date arrives, counsel, parties and witnesses must remain on 24-hour-stand-by until a court

---

[1] Withholding consent or declining jurisdiction of a Magistrate Judge for all purposes will have no effect on the merits of a party's case or have any adverse substantive consequences.

1

1   opens.  Since continuance to a date certain will simply postpone, but not solve, the problem,

2   continuances of any civil trial under these circumstances will no longer be entertained, absent a

3   specific and stated finding of good cause.  The Court will use its best efforts to mitigate the effect of

4   the foregoing and to resolve all cases in a timely manner.

5     One alternative is for the parties to consent to a United States Magistrate Judge conducting all

6   proceedings, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule

7   of Civil Procedure 73, and Local Rule 305.  The Eastern District Magistrate Judges, all experienced

8   former trial lawyers, use the same jury pool and same court facilities as United States District Court

9   Judges. Since Magistrate Judges do not conduct felony trials, they have greater flexibility and schedule

10   firm trial dates. Judgment entered by a United States Magistrate Judge is appealable directly to the

11   United States Court of Appeal for the Ninth Circuit.  (While there are scheduling benefits to

12   consenting to Magistrate Judge jurisdiction, substantive rulings and decisions will not be affected by

13   whether a party chooses to consent or not.)

14     As another response to its large caseload, the Fresno Division of the Eastern District of

15   California is assigning cases, whenever possible, to Article III District Court Judges from around the

16   nation as Visiting Judges.  Pursuant to the Local Rules, Appendix A, such reassignments will be

17   random, and the parties will receive no advance notice before their case is reassigned to an Article III

18   District Court Judge from outside of the Eastern District of California.

19     Accordingly, it is HEREBY ORDERED that:

20   1. The Clerk's Office shall send the parties consent/decline forms;

21   2. Within **twenty (20) days** from the date of service of this order, the parties shall return the

22    consent form to the Court; and

23   3. After the twenty day deadline, if both parties have not consented to magistrate judge

24    jurisdiction, then the matter will be set for jury trial before the undersigned.

25

26   IT IS SO ORDERED.

27   Dated:   March 4, 2016   _____

28      SENIOR  DISTRICT  JUDGE

2