UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>          Plaintiff,<br><br>     v.<br><br>K. BRANDON,<br><br>          Defendant. | Case No.: 1:14-cv-00290-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TRIAL<br><br>[ECF No. 39] |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a bench trial, filed March 4, 2016. Pursuant to Federal Rule of Civil Procedure 38(d), "[a] party waives a jury trial unless its demand is properly served and filed. A proper demand may be withdrawn only if the parties consent." Fed. R. Civ. P. 38(d).

Defendant demanded a trial by jury in her answer filed on September 2, 2014. (ECF No. 12, Answer at 3:2-3.) Thus, in order to dispense with a trial by jury, Plaintiff must obtain consent from Defendant. Accordingly, Plaintiff's motion for a bench trial is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:  **March 10, 2016**

UNITED STATES MAGISTRATE JUDGE

1