UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>                Plaintiff,<br><br>        v.<br><br>K. BRANDON,<br><br>                Defendant. | Case No.: 1:14-cv-00290-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 32, 33] |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On December 31, 2015, the Magistrate Judge filed a Findings and Recommendation which was served on the parties and which contained notice to the parties that objections to the Findings and Recommendation were to be filed within thirty days.  After receiving an extension of time, Plaintiff filed objections on February 25, 2016.  (ECF No. 37.)   The court has reviewed Plaintiff's objections and attached documents and notes that they are not responsive to the issue raised in the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on December 31, 2015, is adopted in full; and

2. Plaintiff's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated:   March 25, 2016

_____
SENIOR DISTRICT JUDGE