UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. BRANDON,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE ON<br>**APRIL 7, 2016 AT 2:00 P.M.** |

　　　　Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States magistrate judge.  Local Rule 302.

　　　　This action is proceeding against Defendant Brandon for retaliation in violation of the First Amendment, and is now ready to be scheduled for jury trial before the undersigned.  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　A telephonic scheduling hearing will be held on **April 7, 2016 at 2:30 p.m.**, in Courtroom 9 before the undersigned; and

2.	Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:	**March 30, 2016**

UNITED STATES MAGISTRATE JUDGE