# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>      Plaintiff,<br><br>  v.<br><br>K. BRANDON,<br><br>      Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>[ECF No. 54] |

      Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to United States magistrate judge jurisdiction. (ECF No. 46.)

      On April 14, 2016, Plaintiff filed a motion for settlement negotiations prior to trial. (ECF No. 54.) The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed. R. Civ. P. 16(c)(I). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. Goss Graphic Systems, Inc. v. DEV Industries, Inc., 267 F.3d 624, 627 (7th Cir. 2001).

      The Court will set a settlement conference in cases such as this only if both sides believe one will be beneficial. In as much as Defendants have not joined in Plaintiff's motion, it shall be denied

1  without prejudice.  If all parties agree that a settlement conference would be beneficial in this action,
2  the parties may file a joint request for a settlement conference to be set.
3
4  IT IS SO ORDERED.
5  Dated:   **April 15, 2016**
6                                                                     UNITED STATES MAGISTRATE JUDGE