UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>             Plaintiff,<br><br>        v.<br><br>K. BRANDON,<br><br>             Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROPERTY AND/OR COURTESY COPY OF DOCUMENTS<br><br>[ECF No. 65] |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to United States magistrate judge jurisdiction. (ECF No. 46.)

Currently before the Court is Plaintiff's motion for a copy of court documents, filed May 18, 2016. Plaintiff contends that he is on suicide watch pending transfer to the Department of State Hospitals for a period of nine months. Plaintiff contends he will be without his legal property and seeks an order by the Court providing him with copies of several documents, including exhibits that were submitted to the Court.

First, Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff

1

to proceed in forma pauperis does not entitle him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge.  Second, unless and until Plaintiff is transferred and is without his legal property, Plaintiff's present request for copies of documents appears premature.  Accordingly, Plaintiff's motion for a copy of legal documents is DENIED.

IT IS SO ORDERED.

Dated:   **May 19, 2016**

UNITED STATES MAGISTRATE JUDGE