UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>             Plaintiff,<br><br>     v.<br><br>K. BRANDON,<br><br>             Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMMUNICATE WITH WITNESSES PRIOR TO TRIAL<br><br>[ECF No. 75] |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to United States magistrate judge jurisdiction. (ECF No. 46.)

On July 25, 2016, Plaintiff filed a motion requesting to communicate with witnesses prior to trial.

There is no authority for Plaintiff's position that as an incarcerated litigant he has the right to communicate with other inmates who may testify at trial. Lawful incarceration necessarily limits many of the privileges and rights based on the considerations of the penal system. Price v. Johnson, 334 U.S. 266, 285-286 (1948). Indeed, the Ninth Circuit has held that an incarcerated pro se defendant's access to legal materials and witnesses is not absolute and must be "balanced against the legitimate security needs or resource constraints of the prison." United States v. Sarno, 73 F.3d 1470, 1491 (9th Cir. 1995) (citation omitted). The Court finds the balancing of the prisoner's right to access

1

and the prison's security concerns applies with equal force to cases-such as this one-involving a pro se plaintiff.  See <u>Valandingham v. Bojorquez</u>, 866 F.2d 1135, 1141 (9th Cir. 1989) (Plaintiff prisoner "litigating pro se has the right to undertake the legal investigation and documentation of his claims in the manner that an attorney would, *subject to the security and disciplinary requirements of a prison*.") (emphasis added).  There is no enforceable right to communicate with other incarcerated witnesses. However, Plaintiff is not prevented from communicating with his inmate witnesses prior to trial by written mail and presentation of documentation to prepare for trial. Accordingly, Plaintiff's motion requesting a court order to communicate with witnesses prior to October 11, 2016, is DENIED.

IT IS SO ORDERED.

Dated:   **August 2, 2016**

UNITED STATES MAGISTRATE JUDGE