UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. BRANDON,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE PRETRIAL STATEMENT WITHIN SEVEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 74] |

　　　Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to United States magistrate judge jurisdiction. (ECF No. 46.)

　　　This case is currently set for jury trial on October 11, 2016, before the undersigned.

　　　Currently before the Court is Plaintiff's motion for copies of documents, filed July 25, 2016. Plaintiff indicates that he was in the mental health hospital from May 8, 2016 to July 14, 2016, and he has just returned to regular custody but has yet to receive his property which includes his pretrial statement.

　　　Pursuant to the Court's April 11, 2016, trial scheduling order, Plaintiff's pretrial statement was due on August 2, 2016. In light of Plaintiff's representation in his July 25, 2016, motion, the Court will extend the time for Plaintiff to file a pretrial statement to August 11, 2016. Defendants shall file their pretrial statement by the August 9, 2016, deadline. However, Defendants may file an amended

pretrial statement, if necessary, by August 18, 2016.  <u>Plaintiff is advised that the failure to file a pretrial statement may result in precluding him from presenting certain evidence and/or calling certain witnesses during trial</u>.

IT IS SO ORDERED.

Dated:   **August 3, 2016**

UNITED STATES MAGISTRATE JUDGE