# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT, <br><br>        Plaintiff, <br><br>    v. <br><br>K. BRANDON, <br><br>        Defendant. | Case No.: 1:14-cv-00290-SAB (PC) <br><br>ORDER RESCHEDULING TELEPHONIC PRETRIAL CONFERENCE FROM AUGUST 26, 2016, TO AUGUST 29, 2016, AT 9:30 A.M. |

Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to United States magistrate judge jurisdiction. (ECF No. 46.)

This is case is currently set for jury trial on October 11, 2016, and a telephonic pretrial conference hearing is set for August 26, 2016, at 9:30 a.m. In light of the fact that Plaintiff filed his pretrial statement on August 15, 2016 (self-dated August 10, 2016), the Court finds the interests of justice will be served by rescheduling the hearing from August 26, 2016, to August 29, 2016, at 9:30 a.m. in Courtroom #9.

IT IS SO ORDERED.

Dated:   **August 16, 2016**

UNITED STATES MAGISTRATE JUDGE

1