UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>        Plaintiff,<br><br>    v.<br><br>K. BRANDON,<br><br>        Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE DURRELL ANTHONY PUCKETT, CDCR #G-05549 TO BE RE-ISSUED BY SEPARATE ORDER<br><br>[ECF No. 88] |

      Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On September 12, 2016, the Court issued the order and writ of habeas corpus ad testificandum to transport Plaintiff as a necessary and material witness on his own behalf in proceedings in this case on October 11, 2016. (ECF No. 88.) In light of the fact that Plaintiff was just recently transferred to a different prison, the Court will vacate and re-issue the necessary writ of transportation by separate order.

///

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The order and writ of habeas corpus ad testificandum to transport Plaintiff on October 11, 2016, issued September 12, 2016, is VACATED (ECF No. 88); and
2. The Court will re-issue the necessary writ at Plaintiff's present place of incarceration by separate order.

IT IS SO ORDERED.

Dated: **September 13, 2016**

UNITED STATES MAGISTRATE JUDGE