UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>        Plaintiff,<br><br>    v.<br><br>K. BRANDON,<br><br>        Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE CERTAIN EXHIBITS FROM USE AT TRIAL<br><br>[ECF No. 98] |

        Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Both parties have consented to United States magistrate judge jurisdiction.  (ECF No. 46.)

        This case is currently set for jury trial on October 11, 2016, before the undersigned.

        On September 26, 2016, Defendant filed a motion to exclude the trial exhibits exchanged by Plaintiff on September 6, 2016.  (ECF No. 98.)  Defendant argues that Plaintiff's pretrial statement did not list any exhibits to be introduced at trial, the pretrial order did not list any exhibits to be presented at trial by plaintiff, plaintiff's opposition to the final pretrial order did not request modification of the pretrial order to allow him to admit exhibits at trial, and plaintiff mailed the exchange of the exhibits after the August 23, 2016, deadline set forth in the trial scheduling order.

        At the telephonic motions in limine hearing held on October 6, 2016, Plaintiff indicated that he had no objection to Defendant's motion to exclude such exhibits.  Accordingly, it is HEREBY

1 | ORDERED that the exhibits exchanged by Plaintiff on September 6, 2016, outlined in Defendant's
2 | September 26, 2016, motion are ordered excluded from the trial.

4 | IT IS SO ORDERED.

5 | Dated: __**October 6, 2016**__

6 | UNITED STATES MAGISTRATE JUDGE