**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. BRANDON,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00290-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO ALLOW TRIAL TESTIMONY OF SERGEANT E. FELIX BY VIDEOCONFERENCE<br><br>[ECF No. 99] |

　　　　Plaintiff Durrell A. Puckett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to United States magistrate judge jurisdiction. (ECF No. 46.)

　　　　This case is currently set for jury trial on October 11, 2016, before the undersigned.

　　　　On September 29, 2016, Defendant filed a motion to allow trial testimony of witnesses sergeant E. Felix and Doctor L. Yu by videoconference. As an initial matter, at the telephonic motions in limine hearing held on October 6, 2016, defense counsel Lawrence Bragg withdrew his request to allow testimony by Doctor Yu by videoconference. Consequently, the only request made by Defendant that is before the Court is to allow videoconference testimony by witness sergeant E. Felix.

///

///

///

1

Federal Rule of Civil Procedure 43(a) provides:

> At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise. For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission at a different location.

Good cause having been demonstrated, Defendant's motion to allow sergeant E. Felix to testify by videoconference is granted. <u>Defense counsel is instructed to contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, for assistance in coordinating the videoconference testimony of sergeant Felix</u>.

Accordingly, it is HEREBY ORDERED that:

1. Defendant's motion to allow videoconference testimony by Doctor Yu is DENIED as moot having been withdrawn by Defendant; and

2. Defendant's motion to allow videoconference testimony by sergeant E. Felix is GRANTED.

IT IS SO ORDERED.

Dated:   **October 6, 2016**

UNITED STATES MAGISTRATE JUDGE