# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>   Plaintiff,<br><br>   v.<br><br>K. BRANDON,<br><br>   Defendant. | Case No.  1:14-cv-00290-SAB (PC)<br><br>ORDER THAT INMATE ANTHONY UNDERDUE IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on October 11, 2016, inmate Anthony Underdue CDCR. Inmate No. AH-5378, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 11, 2016**

UNITED STATES MAGISTRATE JUDGE