# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>           Plaintiff,<br><br>      v.<br><br>K. BRANDON,<br><br>           Defendant. | Case No.  1:14-cv-00290-SAB (PC)<br><br>ORDER THAT INMATE DURRELL ANTHONY PUCKETT IS NO LONGER NEEDED AS A PLAINTIFF/WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on October 11, 2016, inmate Durrell Anthony Puckett CDCR Inmate No. G-05549, is no longer needed by the Court as a plaintiff/witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 12, 2016**

UNITED STATES MAGISTRATE JUDGE