

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


DURRELL ANTHONY PUCKETT,

       Plaintiff,

vs.

K. BRANDON,

       Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:14-cv-00290-SAB (PC)

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT K. BRANDON and against PLAINTIFF DURRELL ANTHONY PUCKETT.


DATED: October 12, 2016

                                                  MARIANNE MATHERLY, Clerk

                                      By:
                                                   Deputy Clerk